UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-61642-BLOOM/REID

STEVEN J. KOPSON,

Petitioner,

v.

MARK S. INCH,

Respondent.

_____/

## ORDER

**THIS CAUSE** initially came before the Court upon a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. [1]. The Court referred this matter to the Honorable Lissette M. Reid for a Report and Recommendation. See ECF No. [2]. However, according to online state-operated sources, Petitioner died while his Petition has been pending.[1] As set forth below, this action will be dismissed as moot.

The Eleventh Circuit has held that "[t]he death of [a] habeas petitioner renders a habeas action moot." *Bruno v. Sec'y, Fla. Dep't of Corr.*, 700 F.3d 445, 445 (11th Cir. 2012); *see also Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1242 (11th Cir. 2002) (discussing mootness).

---

[1] Pursuant to Fed. R. Evid. 201(b)(2), Petitioner's death can be readily determined by searching for his name on the following site operated by the Florida Department of Corrections: http://www.dc.state.fl.us/OffenderSearch/Search.aspx. In addition, Petitioner's name and prison number appears on a list of persons who died in the custody of the Florida Department of Corrections during the fiscal year of 2019-2020: http://www.dc.state.fl.us/pub/mortality/2019-2020.html.

CASE NO. 19-CV-61642-BLOOM/REID

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, **ECF No. [1]**, is

    **DENIED AS MOOT;**

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 1, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Steven J. Kopson (deceased)
B09606
South Bay Correctional Facility
Inmate Mail/Parcels
600 U S Highway 27 South
South Bay, FL 33493-2233
PRO SE

Richard Chambers Valuntas
Florida Attorney General's Office
1515 N. Flagler Dr. #900
West Palm Beach, FL 33401
561-837-5016
Fax: 561-837-5108
Email: CrimAppWPB@MyFloridaLegal.com

Noticing 2254 SAG Broward and North
Email: CrimAppWPB@MyFloridaLegal.com